424 A.2d 881

COMMONWEALTH of Pennsylvania,

v.

James Leslie COOK, Appellant.

Supreme Court of Pennsylvania.

Submitted Sept. 26, 1980.

Decided Jan. 30, 1981.

Paul J. Dellasega and Ira H. Weinstock, Harrisburg, for appellant.

Michael Eakin, Asst. Dist. Atty., Carlisle, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

ORDER

PER CURIAM.

This appeal is dismissed as being improvidently granted, 277 Pa.Super. ——, 419 A.2d 707.